OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 9, 2023

Angela Cai
Office of Attorney General of New Jersey
25 Market Street
Richard J. Hughes Justice Complex
Box 080
Trenton, NJ 08625

RE: Ronald Koons, et al v. Attorney General New Jersey, et al
Case Number: 23-1900
District Court Case Number: 1-22-cv-07464
District Court Case Number: 1-22-cv-07463

Dear Counsel:

Pursuant to our docketing letter dated **May 17, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Concise Summary of the Case**
**Information Statement**
**Transcript Purchase Order Form**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

For the Court,

s/ Patricia S. Dodszuweit
Clerk

s/ pdb for sb Case Manager

cc:

Mariel A. Brookins, Esq.
Paul D. Clement, Esq.
David D. Jensen, Esq.
Edward J. Kologi, Esq.
Andrew C. Lawrence, Esq.
Erin E. Murphy, Esq.
Peter A. Patterson, Esq.
Daniel L. Schmutter, Esq.
Leon J. Sokol, Esq.
David H. Thompson, Esq.