

**State of New Jersey**

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
PO BOX 080
TRENTON, NJ 08625-0080

MATTHEW J. PLATKIN
*Attorney General*

June 15, 2023

**<u>Via Electronic Filing (CM/ECF)</u>**
Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106-1790

  Re: No. 23-1900 and No. 23-2043, *Siegel v. Attorney General of New Jersey*; *Koons v. Attorney General of New Jersey.*

Dear Ms. Dodszuweit,

  The parties to the above-listed cross-appeals write jointly to request clarification regarding the briefing schedule in this case.

  On June 9, 2023, the Court issued a briefing schedule in No. 23-1900, which also granted the State's uncontested motion to expedite the appeal. At the time of the State's motion to expedite, the only appeal pending was the State's, and plaintiffs consented to the proposed briefing schedule in the motion. Accordingly, this Court's June 9 scheduling order contemplated a three-round briefing schedule, with the State Appellants' opening briefing due July 7, Appellees' briefs due August 4, reply briefing due August 18, and oral argument the week of September 11.

  Later on June 9, this Court docketed the cross-appeal filed by the *Siegel* plaintiffs, No. 23-2043. The parties agree that a four-round briefing schedule is appropriate in light of the cross-appeal.



HUGHES JUSTICE COMPLEX · TELEPHONE: (609)376-2791 FAX: (609)292-3508
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

If the Court is amenable to rescheduling oral argument, the parties agree to the following amended briefing schedule:

- NJ Opening Briefing: July 7 (same as current deadline)
- Plaintiffs' Cross Appeal Opening Brief / Opposition: August 4 (same as current deadline)
- NJ Cross-Appeal Opposition / Reply: September 1
- Plaintiffs' Reply in support of Cross-Appeal: September 15

Of course, the parties are alternatively happy to expedite the schedule to complete all briefing in time for the September 11-15 sitting if that is the Court's preference.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Angela Cai
Angela Cai
Deputy Solicitor General

cc:　All counsel via ECF