# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Nos. 23-1900, 23-2043

RONALD KOONS, ET AL.,
    *Plaintiffs-Appellees*,
v.
MATTHEW J. PLATKIN, ET AL.,
    *Defendants-Appellants*
    and
NICHOLAS P. SCUTARI, ET AL.,
    *Intervenors-Defendants-Appellants*.

AARON SIEGEL, ET AL.,
    *Plaintiffs-Appellees / Cross-Appellants*,
v.
MATTHEW J. PLATKIN, ET AL.,
    *Defendants-Appellants / Cross-Appellees*
    and
NICHOLAS P. SCUTARI, ET AL.,
    *Intervenors-Defendants-Appellants*.

On Appeal from a Judgement of the United States District Court
for the District of New Jersey

**ADDENDUM TO *AMICI CURIAE* BRIEF FOR
CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS
AND FPC ACTION FOUNDATION**

BENBROOK LAW GROUP, PC
Bradley A. Benbrook
Stephen M. Duvernay
701 University Avenue, Suite 106
Sacramento, CA  95825
(916) 447-4900

August 17, 2023

Pursuant to the Court's August 17, 2023 order, *amici curiae* Citizens Committee for the Right to Keep and Bear Arms and FPC Action Foundation file the following addendum to their brief filed on August 16, 2023.

### CERTIFICATE OF BAR MEMBERSHIP

I certify that I am an attorney in good standing of the bar of the Third Circuit.

Dated:  August 17, 2023

By: s/ Bradley A. Benberook
Bradley A. Benbrook
Attorneys for *Amici Curiae*

### ELECTRONIC DOCUMENT CERTIFICATE

Pursuant to Third Circuit Local Appellate Rule 31.1(c), I hereby certify that the text of the electronic pdf version of the *amici curiae* brief filed August 16, 2023 via the CM/ECF system is identical to the text in the paper copies.

I certify that brief was scanned for viruses using Avast Antivirus version 23.7.6074 and no virus was detected.

Dated:  August 17, 2023

By: s/ Bradley A. Benberook
Bradley A. Benbrook
Attorneys for *Amici Curiae*

## CERTIFICATION OF SERVICE

On August 16, 2023, the undersigned caused this brief to be filed with the Clerk of the United States Court of Appeals for the Third Circuit via electronic filing. I further certify that all participants in the case are registered CM/ECF users and that service was accomplished by the CM/ECF system with hardcopies to be sent via overnight mail when directed by the Court.

Dated: August 17, 2023

By: s/ Bradley A. Benberook<br>
Bradley A. Benbrook<br>
Attorneys for *Amici Curiae*