# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

---

Nos. 23-1900, 23-2043

---

RONALD KOONS et al.,
*Plaintiffs-Appellees*,

v.

MATTHEW J. PLATKIN et al.,
*Defendants-Appellants*

and

NICHOLAS P. SCUTARI et al.
*Intervenors-Defendants-Appellants*

---

AARON SIEGEL et al.,
*Plaintiffs-Appellees / Cross-Appellants*,

v.

MATTHEW J. PLATKIN et al.,
*Defendants-Appellants / Cross-Appellees*

and

NICHOLAS P. SCUTARI et al.
*Intervenors-Defendants-Appellants*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Nos. 22-cv-7463, 22-cv-7464 (RMB))

---

**Uncontested Motion for Modification of Fed. R. App. P. 28.1(e) Requirements**

MATTHEW J. PLATKIN
  *Attorney General of New Jersey*

JEREMY M. FEIGENBAUM
  *Solicitor General*

ANGELA CAI
  *Deputy Solicitor General*

Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080
(609) 414-5954
angela.cai@njoag.gov

*Attorneys for Defendant-Appellants New Jersey
Attorney General Matthew J. Platkin and
Superintendent of New Jersey State Police
Colonel Patrick Callahan*

# **TABLE OF CONTENTS**

TABLE OF CONTENTS ........................................................................... i

TABLE OF AUTHORITIES ..................................................................... ii

INTRODUCTION ................................................................................... 1

BACKGROUND ..................................................................................... 1

ARGUMENT .......................................................................................... 2

CONCLUSION ....................................................................................... 3

CERTIFICATE OF COMPLIANCE ......................................................... 4

CERTIFICATION OF BAR MEMBERSHIP ........................................... 5

CERTIFICATE OF SERVICE ................................................................ 6

# <u>TABLE OF AUTHORITIES</u>

**<u>Statutes</u>**

2022 N.J. Laws ch. 131 ...............................................................................1

**<u>Court Rules</u>**

Fed. R. App. P. 28.1 ................................................................................1, 2

Standing Order Regarding Motions to Exceed the Page Limitations of the Federal
Rules of Appellate Procedure (3d Cir. Jan. 9, 2012) ................................................2

## **INTRODUCTION**

Defendant-Appellants/ Cross-Appellees the New Jersey Attorney General and Superintendent of State Police (State Defendants) file this motion to modify the application of word-count limitations under Federal Rules of Appellate Procedure 28.1(e)(2)(A) in the upcoming September 4, 2023 third-step briefs in this consolidated cross-appeal proceeding.

The Presiding Officers of the New Jersey State Legislature (Intervenors) consent. The *Siegel* Plaintiffs-Appellees/ Cross-Appellants and *Koons* Plaintiffs-Appellees take no position on the motion.

## **BACKGROUND**

This case is the consolidated appeal of two sets of constitutional challenges to New Jersey Public Law 2022, Chapter 131. The numerous legal issues in this appeal are set forth in the parties' opening briefs. This Court set an expedited briefing schedule on June 20, 2023. Dkt. 30.

On July 20, the State Defendants and the Legislative Intervenors filed their opening merits briefs, totaling 12,937 and 12,994 words, respectively. Dkts. 42, 43.

On August 10, the *Siegel* Plaintiffs-Appellees/ Cross-Appellants filed their opening merits brief, totaling 15,294 words. Dkt. 87.

On August 21, the *Koons* Plaintiffs-Appellees filed their responsive merits brief, totaling 12,406 words. Dkt. 103.

The State Defendants and Legislative Intervenors' third-step briefs are due on September 4. Under Rule 28.1(e)(2)(A), each brief is limited to no more than 13,000 words.

## ARGUMENT

This motion seeks a modest adjustment to the governing rules for a multi-party consolidated cross-appeal regarding the validity of numerous provisions of a state statute. Under Rule 28.1(e)(2)(A), each appellant in a cross-appeal is limited to 13,000 words in their third-step brief. State Defendants and Legislative Intervenors seek permission to distribute between themselves a combined 26,000 words for their third-step briefs.[1]

State Defendants and Legislative Intervenors are mindful of this Court's January 9, 2012 Standing Order Regarding Motions to Exceed the Page Limitations of the Federal Rules of Appellate Procedure (Standing Order). The unique circumstances of this case—"multi-appellant consolidated appeals" in a "complex/consolidated proceeding[]"—justify relief. Standing Order at 1. The *Siegel* opening Cross-Appellant / Appellee brief and the *Koons* responsive merits brief totaled 27,340 words across two briefs. Allowing a combined 26,000-word response is proportional, and will allow the State Defendants and Legislative

---

[1] If this Court prefers to order specific word-count allocations rather than a total limit, the Legislative Intervenors request a 6,500 word limit and the State Defendants request a 18,500 word limit for their respective briefs.

2

Intervenors to distribute the focus of their arguments and reduce undue repetition.

Finally, given that Plaintiffs have indicated they do not take a position on the request,

no party will be prejudiced.

## <u>CONCLUSION</u>

This Court should grant the motion to modify the word-count limitations for

the third-step briefs to allow State Defendants and Legislative Intervenors to file a

combined 26,000 words.

Respectfully submitted,

MATTHEW J. PLATKIN
Attorney General of New Jersey

By:    /s/ Angela Cai
Deputy Solicitor General

Dated:  August 25, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and L.A.R. 31.1(c), I certify that:

1. This brief complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because the brief contains 473 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f), and thus does not exceed the 5,200-word limit.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using the Microsoft Word word-processing system in Times New Roman that is at least 14 points.

3. This brief complies with L.A.R. 31.1(c) in that prior to being electronically submitted, it was scanned by the following virus-detection software and found to be free from computer viruses:

Company: McAfee, Inc.

Product: McAfee VirusScan Enterprise + AntiSpyware Enterprise, version 8.8.


Dated: August 25, 2023          /s/ Angela Cai
                                Angela Cai
                                Deputy Solicitor General
                                Office of the New Jersey Attorney General

4

## <u>CERTIFICATION OF BAR MEMBERSHIP</u>

I certify that that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.


Dated: August 25, 2023              /s/ Angela Cai
                                                    Angela Cai
                                                    Deputy Solicitor General
                                                    Office of the New Jersey Attorney General

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system. I have also emailed a copy of this motion to all counsel.


Dated: August 25, 2023            /s/ Angela Cai
                                 Angela Cai
                                 Deputy Solicitor General
                                 Office of the New Jersey Attorney General