# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1900**

**Koons** vs. **Attorney General New Jersey**

Calendar Date **10/25/2023**    Location **Philadelphia**

## DIVISION OF ARGUMENT TIME FOR MULTIPLE COUNSEL

The Court of Appeals for the Third Circuit requests counsel for each side to divide the allotted argument time among the parties when multiple briefs are filed by multiple counsel. In many instances, the Court discourages multiple counsel arguing when a joint brief is filed. If multiple counsel request argument when a joint brief is filed, counsel must indicate the party or issue(s) and the division of time for each counsel, and such requests will be submitted to the Court for approval prior to oral argument.

Counsel for Appellant(s), Petitioner(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Counsel for Appellee(s), Respondent(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
|---|---|---|
| Erin E. Murphy | 20 | Siegel Plaintiffs |
| Peter A. Patterson | 10 | Koons Plaintiffs |
|  |  |  |