<u>11:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>WEDNESDAY, OCTOBER 25, 2023</u>

<u>Coram</u>: KRAUSE, PORTER and CHUNG, Circuit Judges

<u>Nos. 23-1900/23-2043</u>

RONALD KOONS; NICHOLAS GAUDIO; et al.
v.
ATTORNEY GENERAL NEW JERSEY
AND SUPERINTENDENT NEW JERSEY STATE POLICE,

PRESIDENT OF THE NEW JERSEY STATE
SENATE, SPEAKER OF THE NEW JERSEY GENERAL ASSEMBLY
Intervenors in District Court

(D.N.J. No. 1:22-cv-07464)

AARON SIEGEL; et al.
v.
ATTORNEY GENERAL NEW JERSEY; et al.

PRESIDENT OF THE NEW JERSEY STATE SENATE,
SPEAKER OF THE NEW JERSEY GENERAL ASSEMBLY
Intervenors in District Court

(D.N.J. No. 1:22-cv-07463)

Attorney General New Jersey and Superintendent New Jersey State Police,
Appellants in 23-1900
___

RONALD KOONS; et al.
v.
ATTORNEY GENERAL NEW JERSEY; et al.
Intervenors in District Court

(D.N.J. No. 1:22-cv-07464)

Continued…

PAGE TWO – CONTINUED  WEDNESDAY, OCTOBER 25, 2023

Coram: KRAUSE, PORTER and CHUNG, Circuit Judges

Nos. 23-1900/23-2043 (Continued)

AARON SIEGEL; et al.
v.
ATTORNEY GENERAL NEW JERSEY; et al.
Intervenors in District Court

(D.N.J. No. 1:22-cv-07463)

Aaron Siegel; et al.,
Appellants in 23-2043

| Counsel for Appellants/ Cross – Appellees | Counsel for Appellees/ Cross - Appellants |
|---|---|
| ANGELA CAI [N.J. Attorney General] (20 minutes per Court) | ERIN E. MURPHY [Siegel Plaintiffs] (20 minutes per Court) |
| LEON J. SOKOL [Presiding Officer Intervenors] (10 minutes per Court) | PETER A. PATTERSON [Koons Plaintiffs] (10 minutes per Court) |
| (30 minutes Total Court Time) | (30 minutes Total Court Time) |