OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 25, 2023

Jasmeet K. Ahuja, Esq.
Bradley A. Benbrook, Esq.
Mariel A. Brookins, Esq.
Angela Cai, Esq.
Janet Carter, Esq.
Paul D. Clement, Esq.
Steven W. Dulan, Esq.
Jeremy Feigenbaum, Esq.
Jeremy Girton, Esq.
Amit Jain, Esq.
David D. Jensen, Esq.
Edward J. Kologi, Esq.
Andrew C. Lawrence, Esq.
David A. Luttinger Jr., Esq.
Joshua A. Matz, Esq.
Erin E. Murphy, Esq.
Robert J. Olson, Esq.
Peter A. Patterson, Esq.
Gretchen A. Pickering, Esq.
Daniel L. Schmutter, Esq.
Alan E. Schoenfeld, Esq.
Leon J. Sokol, Esq.
Jeffrey H. Sutherland, Esq.
David H. Thompson, Esq.
Raymond P. Tolentino, Esq.
Disha Verma, Esq.

RE: Ronald Koons, et al v. Attorney General New Jersey, et al
Case Number: 23-1900/23-2043
District Court Case Number: 1-22-cv-07464
District Court Case Number: 1-22-cv-07463

Page – 2 –                                              October 25, 2023

RE: Ronald Koons, et al v. Attorney General New Jersey, et al
Case Number: 23-1900/23-2043
District Court Case Number: 1-22-cv-07464
District Court Case Number: 1-22-cv-07463

At the direction of the Court, counsel are directed to file a transcript of oral argument by **Wednesday, November 08, 2023** in the above-entitled case. Liaison counsel should immediately advise the Clerk's Office by of the court reporter or agency handling the transcription of oral argument. **The parties shall divide the cost of the preparation of the transcript.**

Please find attached a Selection of Court Reporters and a copy of the "Procedures for Filing a Transcript of Oral Argument". If you have any questions, please contact me.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

Selection of Court Report's

Lewis Parham
Writers Cramp
1027 Betty Lane
Ewing, NJ 08628
(609) 588-8043
wtrscramp@verizon.net

Veritext
1801 Market Street
Suite 1800
Philadelphia, PA 19103
(215) 241-1000
Contacts:
    Kate Valiante
    (215) 446-8851
    KValiante@veritext.com

    Colleen Summers
    (215) 446-8836
    csummers@veritext.com

eScribers, LLC
Eric Solat
www.escribers.net/index.php
Director, Sales and Customer Service
esolat@escribers.net
Office - (973) 406-2250

Greg DiDonato
Syndicated Reporting Agency
855-796-3377
www.synreporters.com

Transcripts Plus, Inc.
(Karen Hartmann)
435 Riverview Circle
New Hope, PA  18938
Office – (215) 862-1115
Fax – (215) 862-6639
courttranscripts@aol.com

Alderson Reporting Co.
1155 Connecticut Ave., NW Suite 200
Washington D.C. 20036
Contact: Ms. Liz Murphy
liz.murphy@aldersonreporting.com
(202) 336-8861

Summit Court Reporting, Inc.
Court Reporting, Inc.
1500 Walnut Street, Suite 1610
Philadelphia, PA  19102
Phone: (215) 985-2400
www.summitreport.com
Scheduling: depo@summitreporting.com
**Contact:** Jennifer Lippincott, Production Department
production@summitreporting.com
Direct Dial:  267-665-2731

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**ACTING CLERK**

United States Court of Appeals
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995 



October 25, 2023

## **PROCEDURES FOR FILING A TRANSCRIPT OF ORAL ARGUMENT**

When the Court directs counsel to prepare a transcript of oral argument in a case(s), the parties shall designate one attorney to be **liaison counsel** for the purpose of coordinating the production of the transcript.  **Liaison** counsel shall contact **Patrick McCauley, Jr. (267) 299-4932** of the Calendar Unit of the Third Circuit Clerk's Office (Room 21400) after argument to obtain the necessary information regarding the filing of the transcript of oral argument.

Liaison counsel shall contract a court reporting service to make arrangements for the transcription of the oral argument.  Then the court reporter shall contact the above designated Calendar Clerk in order to: (1) make an appointment to transcribe the argument in the Clerk's Office at 601 Market Street, Room 21400, Philadelphia, PA; or (2) request an audio cassette copy of the oral argument to transcribe the argument.

After the transcript is completed, the court reporter shall provide the transcript to all counsel in the case.  **Liaison counsel** shall file one (1) original transcript electronically through CM/ECF and (3) copies of the transcript with the Clerk's Office**,** including the court reporter's certification and a certification of accuracy from liaison counsel on behalf of all parties.  If corrections are necessary to the transcript, liaison counsel shall coordinate with the court reporter corrections requested by all counsel, and the final corrected version of the transcript shall be filed by liaison counsel.  Corrections should be given to liaison counsel within three (3) days of receipt of the transcript.  Liaison counsel shall file the transcript with the Clerk's Office **no later than fourteen (14) days after oral argument** unless the Court directed a specific deadline.

**Unless the Court directed otherwise, the parties shall divide the cost of the preparation of the transcript.**