# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| RONALD KOONS, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ATTORNEY GENERAL NEW JERSEY, et al., <br><br> Defendants-Appellants. | Nos. 23-1900, 23-2043 |

## MOTION TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE

I, Raymond P. Tolentino, hereby request to withdraw as counsel for Amicus Curiae, Giffords Law Center to Prevent Gun Violence, because, as of January 26, 2024, I will no longer be employed by the firm representing Amicus Curiae. Amicus Curiae will continue to be represented by attorneys Joshua Matz, Amit Jain, and Disha Verma of Kaplan Hecker & Fink LLP, who have already entered appearances on behalf of Amicus Curiae in this matter.

Dated: January 26, 2024					Respectfully submitted,

/s/ Raymond P. Tolentino  
Raymond P. Tolentino  
KAPLAN HECKER & FINK LLP  
1050 K Street NW, Suite 1040  
Washington, DC 20001  
(212) 763-0883  
rtolentino@kaplanhecker.com

*Counsel for Amicus Curiae*

# CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 72 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 and Times New Roman 14-point font.

Dated: January 26, 2024                    /s/ Raymond P. Tolentino
                                                             Raymond P. Tolentino

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I electronically filed the foregoing *Motion to Withdraw as Counsel* with the Clerk of the Court for the United States of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: January 26, 2024 /s/ Raymond P. Tolentino
Raymond P. Tolentino