UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 23-1900 & 23-2043
_____

RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; GIL TAL; SECOND AMENDMENT FOUNDATION INC; FIREARMS POLICY COALITION INC; COALITION OF NEW JERSEY FIREARM OWNERS; NEW JERSEY SECOND AMENDMENT SOCIETY

v.

ATTORNEY GENERAL NEW JERSEY AND SUPERINTENDENT NEW JERSEY STATE POLICE,

PRESIDENT OF NEW JERSEY STATE SENATE, SPEAKER OF THE NEW JERSEY GENERAL ASSEMBLY
        Intervenors in District Court
        (D.N.J. No. 1:22-cv-07464)

AARON SIEGEL; JASON COOK; JOSEPH DELUCA; NICOLE CUOZZO; TIMOTHY VARGA; CHRISTOPHER STAMOS; KIM HENRY; ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS INC.

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE POLICE

PRESIDENT OF THE NEW JERSEY STATE SENATE, SPEAKER OF THE NEW JERSEY GENERAL ASSEMBLY
        Intervenors in District Court
        (D.N.J. No. 1:22-cv-07463)

Attorney General New Jersey and Superintendent New Jersey State Police,
Appellants in 23-1900

Aaron Siegel; Jason Cook; Joseph Deluca; Nicole Cuozzo; Timothy Varga; Christopher Stamos; Kim Henry and Association of New Jersey Rifle & Pistol Club, Inc.;
Appellants in 23-2043

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Nos. 1-22-cv-07464 & 1-22-cv-07643)
District Judge: Honorable Renée M. Bumb

_____

Argued October 25, 2023

Before: KRAUSE, PORTER, and CHUNG, *Circuit Judges.*

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on October 25, 2023.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered on May 16, 2023, be and the same is hereby **AFFIRMED IN PART** and **VACATED IN PART** and **REMANDED**. Each party shall bear its own costs.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

DATE: September 10, 2025