OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 10, 2025

Jasmeet K. Ahuja, Esq.
Hogan Lovells US
1735 Market Street
23rd Floor
Philadelphia, PA 19103

Bradley A. Benbrook, Esq.
701 University Avenue
Suite 106
Sacramento, CA 95825

Mariel A. Brookins, Esq.
United States Chamber Litigation Center
1615 H Street NW
Washington, DC 20062

Angela Cai, Esq.
Office of Attorney General of New Jersey
25 Market Street
Richard J. Hughes Justice Complex
Trenton, NJ 08611

Janet Carter, Esq.
Everytown Law
450 Lexington Avenue
P.O. Box 4184
New York, NY 10163

Paul D. Clement, Esq.
Clement & Murphy
706 Duke Street
Alexandria, VA 22314

Steven W. Dulan, Esq.
5311 Park Lake Road
East Lansing, MI 48823

Jeremy Feigenbaum
Office of Attorney General of New Jersey
25 Market Street
Richard J. Hughes Justice Complex
Trenton, NJ 08611

Jeremy Girton, Esq.
Office of Attorney General for the District of Columbia
Office of the Solicitor General
400 6th Street NW
Suite 8100
Washington, DC 20001

Amit Jain, Esq.
Roderick & Solange MacArthur Justice Center
501 H Street NE
Suite 275
Washington, DC 20002

David D. Jensen, Esq.
111 John Street
Suite 420
New York, NY 10038

Edward J. Kologi, Esq.
Kologi & Simitz
500 N Wood Avenue
Suite 4B
Linden, NJ 07036

Andrew C. Lawrence, Esq.
Clement & Murphy
706 Duke Street
Alexandria, VA 22314

David A. Luttinger Jr., Esq.
Covington & Burling
The New York Times Building
620 Eighth Avenue
New York, NY 10012

Joshua A. Matz, Esq.
Hecker Fink
1050 K Street NW
Suite 1040

Washington, DC 20001

Erin E. Murphy, Esq.
Clement & Murphy
706 Duke Street
Alexandria, VA 22314

Robert J. Olson, Esq.
William J. Olson
370 Maple Avenue W
Suite 4
Vienna, VA 22180

Peter A. Patterson, Esq.
Cooper & Kirk
1523 New Hampshire Avenue NW
Washington, DC 20036

Gretchen A. Pickering, Esq.
Cape May County Office of Prosecutor
4 Moore Road
DN-110
Cape May Court House, NJ 08210

Daniel L. Schmutter, Esq.
Hartman & Winnicki
74 Passaic Street
Suite 101
Ridgewood, NJ 07650

Alan E. Schoenfeld, Esq.
Wilmer Cutler Pickering Hale & Dorr
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Leon J. Sokol, Esq.
Cullen & Dykman
433 Hackensack Avenue
Hackensack, NJ 07601

Jeffrey H. Sutherland, Esq.
Cape May County Office of Prosecutor
4 Moore Road
DN-110
Cape May Court House, NJ 08210

David H. Thompson, Esq.
Cooper & Kirk
1523 New Hampshire Avenue NW
Washington, DC 20036

Disha Verma, Esq.
Hecker Fink
350 Fifth Avenue
63rd Floor
New York, NY 10118

RE: Ronald Koons, et al v. Attorney General New Jersey, et al
Case Number: 23-1900
District Court Case Number: 1:22-cv-07464
District Court Case Number: 1:22-cv-07463

ENTRY OF JUDGMENT

Today, **September 10, 2025,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.


Very truly yours,

Patricia S. Dodszuweit, Clerk


 By: Stephanie
Case Manager
Direct Dial 267-299-4926