

**Roderick and Solange MacArthur Justice Center**
501 H Street NE, Suite 275
Washington, DC 20002

macarthurjusticecenter.org

**Amit Jain**
Supreme Court & Appellate Counsel
amit.jain@macarthurjustice.org
O 202-869-1664

September 11, 2025

**VIA ECF**
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:  *Koons, et al. v. Attorney General New Jersey, et al.*, Nos. 23-1900 & 23-2043

Dear Office of the Clerk,

I write to request that my address on page 5 of the slip opinion in *Koons*, published yesterday, be changed from my current employer's address to my prior firm's address (where I represented *amicus curiae*). The address I would like listed is:

   Amit Jain
   Hecker Fink
   350 Fifth Avenue
   63rd Floor
   New York, NY 10118

Thank you for considering this request.

                                Respectfully submitted,

                                */s/ Amit Jain*
                                Amit Jain

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Amit Jain*
Amit Jain