# Clement & Murphy
PLLC

September 11, 2025

**VIA ECF**
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

      Re:    *Koons, et al. v. Attorney General New Jersey, et al.,* Nos. 23-1900 & 23-2043

Dear Office of the Clerk,

    I write to request that my address on page 6 of the slip opinion in *Koons*, published yesterday, be changed from my current employer's address to my prior firm's address. The address I would like listed is:

    Mariel A. Brookins
    Clement & Murphy
    706 Duke Street
    Alexandria, VA 22314

Additionally, I respectfully request that my appearance be withdrawn from this case. Thank you for considering these requests.

                                                        Respectfully submitted,

                                                        <u>s/Mariel A. Brookins</u>
                                                        Mariel A. Brookins