# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| RONALD KOONS, *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> ATTORNEY GENERAL NEW JERSEY, *et al.*, <br><br> *Defendants-Appellants.* <br><br>―――――――――――――――― <br> AARON SIEGEL, *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> ATTORNEY GENERAL NEW JERSEY, *et al.*, <br><br> *Defendants-Appellants.* | Nos. 23-1900 & 23-2043 <br><br> On Appeal from the U.S. District Court for the District of New Jersey <br> (Nos. 22-cv-07464 & 22-cv-07463 (RMB)) |

## ***KOONS* PLAINTIFFS-APPELLEES' MOTION TO EXTEND TIME**

Pursuant to Federal Rule of Appellate Procedure 27, the *Koons* Plaintiffs-Appellees respectfully move this Court for a fourteen-day extension of time to file a petition for rehearing en banc. In support of this motion, counsel states:

1. A panel of this Court issued its decision in this case on September 10, 2025.

1

2. Pursuant to Federal Rule of Appellate Procedure 40(d)(1), Plaintiffs-Appellees' petition for rehearing is currently due on September 24, 2025.

3. Plaintiffs-Appellees respectfully request a fourteen-day extension to file their petition, until October 8, 2025.

4. Counsel submits that an additional fourteen-days in which to file a petition would be beneficial to both Plaintiffs-Appellees and the Court, as the panel's lengthy majority opinion and Judge Porter's lengthy dissent will both take significant time to assess, and counsel faces a press of other professional obligations, including a response brief in *Reese v. ATF*, No. 6:20-cv-1438 (W.D. La.), due on September 19, 2025, and an omnibus motion to dismiss on behalf of multiple parties in *The City of Rochester v. Smith & Wesson Brands, Inc.*, No. 6:32-cv-06061 (W.D.N.Y.) and *The City of Buffalo v. Smith & Wesson Brands, Inc.*, No. 1:23-cv-66 (W.D.N.Y.), due on September 25, 2025.

5. Counsel for the Defendants-Appellants and Defendants-Intervenors-Appellants both consent to the requested extension. The *Siegel* Plaintiffs-Appellees have also sought a fourteen-day extension of time to file their petition. *Siegel* Pls.-Appellees Mot. for Extension of Time, Doc. 122, Case No. 23-2043 (Sept. 17, 2025).

Dated: September 17, 2025

Respectfully submitted,

*/s/David H. Thompson*
David H. Thompson
Peter A. Patterson
COOPER & KIRK, PLLC

David D. Jensen  
DAVID JENSEN PLLC  
33 Henry Street  
Beacon, New York 12508  
(212) 380-6615  
david@djensenpllc.com  

1523 New Hampshire Ave. NW  
Washington, D.C. 20036  
(202) 220-9600  
dthompson@cooperkirk.com  

*Counsel for Plaintiffs-Appellees Ronald Koons, Nicholas Gaudio, Jeffrey M. Muller, Gil Tal, Second Amendment Foundation, Firearms Policy Coalition, Inc., Coalition of New Jersey Firearm Owners, and New Jersey Second Amendment Society*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Plaintiffs-Appellees Second Amendment Foundation, Firearms Policy Coalition, Inc., Coalition of New Jersey Firearm Owners, and New Jersey Second Amendment Society certify that they do not have parent corporations and that no publicly held corporation owns more than ten percent of their stock.

## RULE 27.3 CERTIFICATION

Counsel for the Defendants-Appellants and Defendants-Intervenors-Appellants consent to Plaintiffs-Appellees' motion, which is therefore uncontested.

Dated: September 17, 2025 /s/David H. Thompson
David H. Thompson

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 240 words.

This motion complies with the typeface and type style limitations of Fed. R. App. P. 27(d)(1)(E) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word for Microsoft Office 365 in 14-point Times New Roman font.

Dated: September 17, 2025 /s/David H. Thompson
David H. Thompson

## CERTIFICATE OF SERVICE

I hereby certify that, on September 17, 2025, an electronic copy of this motion was filed with the Clerk of Court using the ECF system and thereby served upon all counsel appearing in this case.

Dated: September 17, 2025 /s/David H. Thompson
David H. Thompson