IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____
                                    )
RONALD KOONS, ET AL.,               )
                                    )
         Plaintiffs-Appellees, )
                                    )
v.                                  )  Nos. 23-1900, 23-2043
                                    )
ATTORNEY GENERAL NEW JERSEY, ET AL, )
                                    )
        Defendants-Appellants. )
_____ )

## MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*

*Amici Curiae* Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Heller Foundation, Tennessee Firearms Association, Tennessee Firearms Foundation, Virginia Citizens Defense League, Virginia Citizens Defense Foundation, America's Future, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund hereby move for leave to file a brief *amicus curiae* in support of Plaintiffs-Appellees' Petition for Rehearing En Banc. It is hereby stated as follows:

    1. Counsel for the Koons Plaintiffs-Appellees and the Defendants-Appellants have consented to the filing of this *amicus* brief.

2. Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Heller Foundation, Tennessee Firearms Association, Tennessee Firearms Foundation, Virginia Citizens Defense League, Virginia Citizens Defense Foundation, America's Future, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund are nonprofit organizations exempt from taxation under Sections 501(c)(3) and 501(c)(4) of the Internal Revenue Code. Each of the organizations was established for the purpose of participating in the public policy process, including conducting research and informing and educating the public on the proper construction of state and federal constitutions, as well as statutes related to the rights of citizens, and questions related to human and civil rights secured by law. These organizations work to defend constitutional rights and protect liberties, including the right to keep and bear arms.

3. All *amici* have a deep interest in the preservation of the Second Amendment rights of all Americans. They file numerous *amicus curiae* briefs in the U.S. Supreme Court and in the various courts throughout the nation. Some of these *amici* previously filed an *amicus* brief in this case at this Court. *See* [Brief *Amicus Curiae* of Gun Owners of America, Inc., *et al.*](#) (Aug. 17, 2023).

4. This case raises broad and important issues, with implications far beyond New Jersey's strict limitations on places where law-abiding citizens may carry firearms. *Amici*'s members and supporters have a strong interest in the legal questions at issue in this case and their application to these broader issues, given the severe criminal penalties for violations of firearms laws, and the effects on the enumerated constitutional right to keep and bear arms. The proposed *Amicus* Brief addresses the effect of the Supreme Court's Second Amendment decisions on the New Jersey's ban on carrying firearms in "sensitive places."

5. *Amici* believe that this brief will be of assistance to the Court in its consideration of this case.

6. This *amicus* brief is timely, as it is being filed within seven days of Plaintiffs-Appellees' Petition for Rehearing En Banc, as specified by Fed. R. App. P. 29(b)(5). Thus, no party will be prejudiced by the filing of this brief.

WHEREFORE, we respectfully request that this Court grant leave to file an *amicus curiae* brief in support of Defendant-Appellant's Petition for Rehearing En Banc.

Respectfully submitted,

  */s/ Robert J. Olson*
Robert J. Olson
WILLIAM J. OLSON, P.C.

|  |  |
|---|---|
| | 370 Maple Avenue West, Suite 4 |
| | Vienna, VA  22180-5615 |
| | (703) 356-5070 |
| | wjo@mindspring.com |
| October 15, 2025 | Attorney   for   *Amici Curiae* Gun Owners of America, Inc., *et al*. |

# CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

IT IS HEREBY CERTIFIED:

1.    That the foregoing Motion for Leave to File Brief *Amici Curiae* complies with the type-volume limitation of Rule 27(d)(2)(A), Federal Rules of Appellate Procedure, because this motion contains 476 words, excluding the parts of the motion exempted by Rule 32(f).

2.    This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using WordPerfect in 14-point Times New Roman.

        */s/ Robert J. Olson*
        Robert J. Olson
        Attorney for *Amici Curiae*
        Gun Owners of America, Inc., *et al.*

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Leave to File Brief *Amici Curiae*, was made, this 15th day of October 2025, by the Court's Case Management/ Electronic Case Files system upon the attorneys for the parties.

        */s/ Robert J. Olson*
        Robert J. Olson
        Attorney for *Amici Curiae*