# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Nos. 23-1900, 23-2043

RONALD KOONS et al.,
    *Plaintiffs-Appellees*,

v.

MATTHEW J. PLATKIN et al.,
    *Defendants-Appellants*

and

NICHOLAS P. SCUTARI et al.
*Intervenors-Defendants-Appellants*

AARON SIEGEL et al.,
    *Plaintiffs-Appellees / Cross-Appellants*,

v.

MATTHEW J. PLATKIN et al.,
    *Defendants-Appellants / Cross-Appellees*

and

NICHOLAS P. SCUTARI et al.
*Intervenors-Defendants-Appellants*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Nos. 22-cv-7463, 22-cv-7464 (RMB))

**DEFENDANTS' AND INTERVENORS-DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR REHEARING EN BANC**

MATTHEW J. PLATKIN
  *Attorney General of New Jersey*

JEREMY M. FEIGENBAUM
  *Solicitor General*

Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080
(862) 350-5800
jeremy.feigenbaum@njoag.gov

*Attorneys for Defendants-Appellants*
*New Jersey Attorney General*
*Matthew J. Platkin and Superintendent of*
*New Jersey State Police Colonel*
*Patrick Callahan*


Leon J. Sokol, Esq.
CULLEN AND DYKMAN, LLP
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300
lsokol@cullenllp.com

Edward J. Kologi, Esq.
KOLOGI • SIMITZ
00 N. Wood Avenue
Linden, NJ 07036
(908) 486-8877
ekologiesq@aol.com

*Attorneys for Intervenors-Defendants-Appellees*
*Senate President Nicholas P. Scutari and*
*General Assembly Speaker*
*Craig J. Coughlin*

# JOINT UNOPPOSED MOTION TO EXTEND TIME

New Jersey Attorney General Matthew J. Platkin and Superintendent of New Jersey State Police Colonel Patrick Callahan (Defendants) and Senate President Nicholas P. Scutari and General Assembly Speaker Craig J. Coughlin (Intervenors-Defendants) jointly move this Court for a 14-day extension of time to file their response to the petitions for rehearing en banc. *See* Fed. R. App. P. 26(b); Cir. R. 31.4.

In support of this motion, counsel for Defendants states:

1. A panel of this Court issued its decision in this case on September 10, 2025. *See* Doc. No. 148.

2. Plaintiffs in the *Siegel* matter sought and obtained an unopposed 14-day extension of time to file a petition for rehearing en banc. *See* Doc. No. 154 (*Siegel* Plaintiffs' Extension Motion, filed September 17, 2025); Doc. No. 156 (Text Order Granting Extension Motion, dated September 19, 2025).

3. Plaintiffs in the *Koons* matter also sought and obtained an unopposed 14-day extension of time to file a petition for rehearing en banc. *See* Doc. No. 155 (*Koons* Plaintiffs' Extension Motion, filed September 17, 2025); Doc. No. 156 (Text Order Granting Extension Motion, dated September 19, 2025).

4. Each set of plaintiffs filed their respective petitions for rehearing en banc on October 8, 2025. *See* Doc. No. 158 (*Siegel* Plaintiffs' Petition); *See* Doc. No. 159 (*Koons* Plaintiffs' Petition).

5. On October 17, 2025, this Court ordered Defendants and Intervenors-Defendants to file a response to the petitions for rehearing on or before October 31, 2025. *See* Doc. No. 162.

6. Good cause exists to extend that deadline by 14 days, to November 14, 2025, because an additional 14 days would allow counsel for Defendants adequate time to respond to the two separate petitions concerning the panel's lengthy, 236-page decision addressing a range of issues, given that lead counsel for Defendants also has faced, and faces, several other pressing obligations during the relevant period.

7. Those obligations include, among a series of other litigation deadlines: overseeing miscellaneous election-related matters in advance of the State's election on November 4, 2025, with early voting starting on October 22, 2025; filing a brief concerning four cities' law enforcement policies in *United States v. Newark*, No. 25-cv-5081 (D.N.J.), due on October 21, 2025; and filing a brief concerning the future of the Deferred Action for Childhood Arrivals policy in *Texas v. United States*, No. 18-cv-68 (S.D. Tex), due on November 10, 2025.

8. This motion is Defendants' first extension request in connection with their forthcoming response to the petitions for rehearing en banc, and it is timely filed more than three days before the current deadline.

7. Counsel for Defendants has conferred with counsel for the petitioners, and they do not oppose this extension request.

In support of this motion, counsel for Intervenors-Defendants incorporate by reference the statements of counsel for Defendants in paragraphs 1–5, *supra*, and add the following:

8. Counsel for Intervenors-Defendants request an additional 14 days in which to file a response to the two petitions in light of: (1) the number of issues raised in the two Petitions; and (2) the lengthy panel opinion and dissenting opinion. In addition, counsel has other professional obligations—including pending motions before the New Jersey Tax Court and the New Jersey Office of Administrative Law.

9. This motion is Intervenors-Defendants' first extension request in connection with their forthcoming response to the petitions for rehearing en banc, and it is timely filed more than three days before the current deadline.

10. Counsel for Intervenors-Defendants has conferred with counsel for the petitioners, and they do not oppose this extension request.

This Court should grant a 14-day extension, to and including November 14, 2025, for the filing of Defendants' and Intervenors-Defendants' response to the petitions for rehearing en banc.

Respectfully Submitted,

MATTHEW J. PLATKIN
Attorney General of New Jersey

By: /s/ Jeremy M. Feigenbaum
Jeremy M. Feigenbaum
Solicitor General
*Attorney for Defendants-Appellants*

CULLEN AND DYKMAN LLP

By: /s/ Leon J. Sokol
Leon J. Sokol
*Attorney for Intervenors-Defendants*

KOLOGI ◆ SIMITZ

By: /s/ Edward J. Kologi
Edward J. Kologi
*Attorney for Intervenors-Defendants*

Dated: October 22, 2025

# CERTIFICATION OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a monospaced typeface using Microsoft Word 2016, in Times New Roman, 14-point, type style.

I further certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 620 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

/s/ Jeremy M. Feigenbaum
Jeremy M. Feigenbaum
Solicitor General
Office of the New Jersey Attorney General

Dated: October 22, 2025

# CERTIFICATION OF SERVICE

On October 22, 2025, the undersigned caused this brief to be filed with the Clerk of the United States Court of Appeals for the Third Circuit via electronic filing. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Jeremy M. Feigenbaum
Jeremy M. Feigenbaum
Solicitor General
Office of the New Jersey Attorney General

Dated: October 22, 2025