UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 23-1900 & 23-2043**

RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER;
GIL TAL; SECOND AMENDMENT FOUNDATION INC; FIREARMS POLICY
COALITION INC; COALITION OF NEW JERSEY FIREARM OWNERS;
NEW JERSEY SECOND AMENDMENT SOCIETY

v.

ATTORNEY GENERAL NEW JERSEY AND SUPERINTENDENT NEW JERSEY
STATE POLICE,

PRESIDENT OF THE NEW JERSEY STATE SENATE, SPEAKER OF THE NEW
JERSEY GENERAL ASSEMBLY
Intervenors in District Court

(D.N.J. No. 1:22-cv-07464)


AARON SIEGEL; JASON COOK; JOSEPH DELUCA; NICOLE CUOZZO;
TIMOTHY VARGA; CHRISTOPHER STAMOS; KIM HENRY;
ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS INC;

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE
POLICE

PRESIDENT OF THE NEW JERSEY STATE SENATE, SPEAKER OF THE NEW
JERSEY GENERAL ASSEMBLY
Intervenors in District Court

(D.N.J. No. 1:22-cv-07463)

Attorney General New Jersey, et al., Appellants in 23-1900

Aaron Siegel, et al, Appellants in 23-2043

Present:  KRAUSE, Circuit Judge

1. Motion by Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Heller Foundation, Tennessee Firearms Association, Tennessee Firearms Foundation, Virginia Citizens Defense League, Virginia Citizens Defense Foundation, America's Future, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund for Leave to file Brief Amici Curiae in support of Defendant-Appellant's Petition for Rehearing En Banc; and

2. Defendants' and Intervenor-Defendants' Joint Unopposed Motion to Extend Time to file response to the Petition for Rehearing until November 14, 2025.

                                        Respectfully,

                                        Clerk/sb

_____ORDER_____

The foregoing motions are hereby granted.

                                        By the Court,

                                        s/ Cheryl Ann Krause
                                        Circuit Judge

Dated: October 28, 2025
Gch/cc: All Counsel of Record