OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 12, 2025

Jasmeet K. Ahuja, Esq.
Bradley A. Benbrook, Esq.
William V. Bergstrom, Esq.
Angela Cai, Esq.
Janet Carter, Esq.
Paul D. Clement, Esq.
Jeremy Feigenbaum, Esq.
Jeremy Girton, Esq.
Amit Jain, Esq.
David D. Jensen, Esq.
Edward J. Kologi, Esq.
Simon B. Kress, Esq.
Andrew C. Lawrence, Esq.
David A. Luttinger, Jr., Esq.
Joshua A. Matz, Esq.
Erin E. Murphy, Esq.
Robert J. Olson, Esq.
Peter A. Patterson, Esq.
Gretchen A. Pickering, Esq.
Daniel L. Schmutter, Esq.
Alan E. Schoenfeld, Esq.
Leon J. Sokol, Esq.
Jeffrey H. Sutherland, Esq.
David H. Thompson, Esq.
Disha Verma, Esq.

RE:  Case No. 23-1900/23-2043, Ronald Koons v. Attorney General New Jersey

Dear Counsel:

By Court order dated December 11, 2025, Rehearing En Banc has been granted in the above-mentioned case.  At this time, counsel are directed to submit additional copies of the following documents:

Appellants/Cross Appellees:
- 19 Copies of Brief on behalf of Attorney General New Jersey and Superintendent New Jersey State Police - Filed 07/20/2023
- 10 Copies of Joint Appendices on behalf of Attorney General New Jersey and Superintendent New Jersey State Police - Filed 07/20/2023
- 10 Copies of Corrected Joint Appendix Volume IX on behalf of Attorney General New Jersey and Superintendent New Jersey State Police - Filed 07/21/2023
- 19 Copies of Brief on behalf of Attorney General New Jersey and Superintendent New Jersey State Police – Filed 09/04/2023

Appellees/Cross Appellants:
- 19 Copies of Brief on behalf of Aaron Siegel, Jason Cook, Joseph DeLuca, Nicole Cuozzo, Timothy Varga, Christopher Stamos, Kim Henry and Association of New Jersey Rifle and Pistol Clubs, Inc.– Filed 08/10/2023
- 19 Copies of Reply Brief on behalf of Aaron Siegel, Jason Cook, Joseph DeLuca, Nicole Cuozzo, Timothy Varga, Christopher Stamos, Kim Henry and Association of New Jersey Rifle and Pistol Clubs, Inc.– Filed 09/18/2023

Appellees:
- 19 Copies of Brief on behalf of Coalition of New Jersey Firearm Owners, Firearms Policy Coalition, Inc., Ronald Koons and New Jersey Second Amendment Society – Filed 08/21/2023

Amicus Parties:
- 19 Copies of Brief on behalf of Ian Ayres and Fredrick Vars – Filed 07/27/2023
- 19 Copies of Brief on behalf of District of Columbia, et al – Filed 07/27/2023
- 19 Copies of Brief on behalf of Everytown for Gun Safety – Filed 07/27/2023
- 19 Copies of Brief on behalf of March for Our Lives Foundation – Filed 07/27/2023
- 19 Copies of Brief on behalf of Giffords Law Center to Prevent Gun Violence– Filed 07/27/2023
- 19 Copies of Brief on behalf of County Prosecutor's Association of New Jersey – Filed 07/27/2023
- 19 Copies of Brief on behalf of Brady Center to Prevent Gun Violence – Filed 08/02/2023
- 19 Copies of Brief on behalf of Citizens Committee for the Right to Keep and Bear Arms and FPC Action Foundation – Filed 08/16/2023
- 19 Copies of Brief on behalf of Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, The DC Project, Tennessee Firearms Association, Heller Foundation, Second Amendment Law Center and California Rifle & Pistol Association – Filed 08/17/2023
- 19 Copies of Brief on behalf of Michigan Coalition for Responsible Gun Owners & New Jersey Firearm Owners Syndicate – Filed 08/17/2023

Intervenor Parties:

- 19 Copies of Brief on behalf of NJ Senate President and NJ Assembly Speaker Filed - 07/20/2023
- 19 Copies of Brief on behalf of President New Jersey State Senate and Speaker of the New Jersey General Assembly – Filed 09/04/2023

Please submit the requisite copies of these documents to the Clerk no later than **Monday, December 22, 2025**.

If you have any questions, please contact me.

Very truly yours,
Patricia S, Dodszuweit, Clerk


By: Shannon L. Colic
Case Scheduling Coordinator
267-299-4959