OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 12, 2025

| | | |
|---|---|---|
| Jasmeet K. Ahuja, Esq. | Disha Verma, Esq. | Andrew C. Lawrence, Esq. |
| Bradley A. Benbrook, Esq. | David H. Thompson, Esq. | David A. Luttinger Jr., Esq. |
| William V. Bergstrom, Esq. | Jeffrey H. Sutherland, Esq. | Edward J. Kologi, Esq. |
| Angela Cai, Esq. | Leon J. Sokol, Esq. | Joshua A. Matz, Esq. |
| Janet Carter, Esq. | Alan E. Schoenfeld, Esq. | David D. Jensen, Esq. |
| Paul D. Clement, Esq. | Daniel L. Schmutter, Esq. | Erin E. Murphy, Esq. |
| Steven W. Dulan, Esq. | Gretchen A. Pickering, Esq. | Amit Jain, Esq. |
| Jeremy Feigenbaum, Esq. | Peter A. Patterson, Esq. | |
| Jeremy Girton, Esq. | Robert J. Olson, Esq. | |

RE: Ronald Koons, et al v. Attorney General New Jersey, et al
 Case Number: 23-1900/23-2043
 District Court Case Number: 1:22-cv-07464
 District Court Case Number: 1:22-cv-07463

Dear Counsel:

The Court has directed me to advise counsel the above-entitled case is listed for rehearing en banc before the Court on **Wednesday, February 11, 2026.** Counsel will be allotted **30** minutes total court time for each side as follows: each side will have 5 minutes of uninterrupted time after which the court will be free to question counsel about matters of concern to the Court. Counsel is further advised that the Court has read the briefs and that the **5** minutes of uninterrupted time is provided so that counsel can emphasize particular facts or legal principles. The Court also advises counsel that the entire case is before the Court and that counsel should be prepared to argue all issues that are ripe for review. Pursuant to Fed. R. App. P. 29(a)(8), an amicus curiae may participate in oral argument only with the Court's permission.

Court will convene at **9:30 a.m.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom, (19th floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA)** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

RE: Ronald Koons, et al v. Attorney General New Jersey, et al
Case Number: 23-1900/23-2043
District Court Case Number: 1:22-cv-07464
District Court Case Number: 1:22-cv-07463

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Appellants and Appellees are asked to provide very brief summaries of the issues in the case by docketing the **Summary of Oral Argument** event, located in the **Argument Notices & Acknowledgements** category, within five (5) business days.  This is part of a program to provide the public with information about the Court's cases.  The summaries will be posted on the Court's website.

Audio of arguments is posted on the Court's website shortly after the conclusion of arguments.  In addition, the Court may direct that video of oral argument[1] in cases that are of significant interest to the public, the bar or the academic community be posted on the website.  In order to assist the Court in this determination, Appellants and Appellees will be asked, when providing the summary of oral argument, whether they recommend that video be posted or whether they object to the posting of video.  Whether video is posted is within the sole discretion of the judges hearing oral argument.  The panel of the Court will determine after oral argument whether video of any argument should be posted.  Attorneys will be notified if video will be posted and given a further opportunity to object by close of business the next day.

Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By: Patrick
Calendar Clerk
267-299-4932

---

[1] Only arguments scheduled in the Albert Branson Maris and Collins J. Seitz courtrooms in Philadelphia, PA are video recorded.