

LEON J. SOKOL
PARTNER
lsokol@cullenllp.com

Cullen and Dykman LLP
Continental Plaza
433 Hackensack Avenue
Hackensack, NJ 07601
T: 201.488.1300
F: 201.488.6541

December 30, 2025

<u>**Via ECF**</u>

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Attn**:  Patricia S. Dodszuweit, Clerk

**RE:  <u>Ronald Koons, et al v. Attorney General of New Jersey, et al
Case No. 23-1900, 23-2043</u>**

Dear Ms. Dodszuweit:

This office is co-counsel to Intervenors-Defendants-Appellees Senate President Nicholas P. Scutari and New Jersey General Assembly Speaker Craig J. Coughlin (hereafter collectively "the Presiding Officers"). Our co-counsel is the firm of Kologi Simitz.

Please be advised that the Presiding Officers do not intend to participate in the February 11, 2026 oral argument before the *en banc* panel and instead will cede their time to Appellants New Jersey Attorney General and Superintendent of the New Jersey State Police.

Thank you for your cooperation and courtesies.

Respectfully submitted,

**CULLEN AND DYKMAN LLP**

By:  */s/ Leon J. Sokol*
     Leon J. Sokol, Esq.

                            Kologi ◆ Simitz
                            Counsellors at Law

                            By:*/s/ Edward J. Kologi*
                                   Edward J. Kologi, Esq.

                            Attorneys for Intervenors-Defendants-Appellees Senate President Nicholas P. Scutari and Assembly Speaker Craig J. Coughlin