# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1900, 23-2043**

**AARON SIEGEL, et al.** vs. **ATTORNEY GENERAL NEW JERSEY, et al.**

Calendar Date **2/11/2026**    Location **Maris Courtroom, Philadelphia, PA**

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: **Erin E. Murphy**

Designation of Arguing Counsel: **Erin E. Murphy**

Member of the Bar:  [✓] Yes    [ ] No

Representing (check only one):

[ ] Petitioner(s)    [✓] Appellant(s)    [ ] Intervenor(s)

[ ] Respondent(s)    [ ] Appellee(s)    [ ] Amicus Curiae

Please list the name of the lead party being represented:

**AARON SIEGEL**

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)