# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| RONALD KOONS, et al.,<br>*Plaintiff-Appellant*,<br><br>v.<br><br>ATTORNEY GENERAL NEW JERSEY, et al.,<br>*Defendants-Appellees*. | Nos. 23-1900, 23-2043<br><br>On Appeal from the United States District Court for the District of New Jersey<br>(Nos. 1:22-cv-7464; 1:22-cv-7463) |

## MOTION TO WITHDRAW AS COUNSEL FOR
## *AMICUS* GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE

Amit Jain hereby requests to withdraw as counsel for *Amicus Curiae* Giffords Law Center to Prevent Gun Violence because he is no longer employed with the firm representing *amicus*. *Amicus* will continue to be represented by Joshua A. Matz and Disha Verma of Hecker Fink, who have already entered appearances on behalf of *amicus* in this matter.

Dated: February 3, 2026

Respectfully submitted,

*/s/ Amit Jain*
Amit Jain
RODERICK AND SOLANGE
  MACARTHUR JUSTICE CENTER
501 H Street NE, Suite 275
Washington, DC 20002
(202) 869-3434
amit.jain@macarthurjustice.org

# CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 71 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Times New Roman 14-point font.

*/s/ Amit Jain*
Amit Jain

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served via CM/ECF.

*/s/ Amit Jain*
Amit Jain
