# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| RONALD KOONS, et al.,<br>*Plaintiff-Appellee*,<br><br>v.<br><br>ATTORNEY GENERAL NEW JERSEY, et al.,<br>*Defendants-Appellants /<br>Cross Appellees.* | Nos. 23-1900, 23-2043<br><br>On Appeal from the United States District Court for the District of New Jersey<br>(Nos. 1:22-cv-7464; 1:22-cv-7463) |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS-APPELLANTS/CROSS-APPELLEES

The undersigned hereby requests to withdraw as counsel for Defendants-Appellants / Cross-Appellees New Jersey Attorney General and New Jersey Superintendent of State Police because she is no longer employed with New Jersey Office of the Attorney General. Defendants-Appellants / Cross-Appellees will continue to be represented by other counsel who have already appeared in this matter.

Dated: February 13, 2026

Respectfully submitted,

*/s/ Angela Cai*
Angela Cai
PLATKIN LLP
413 Washington Ave, Unit 174
Belleville, NJ 07109
(973) 561-1952
acai@platkinllp.com

# CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 55 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Times New Roman 14-point font.

                                                        */s/ Angela Cai*  
                                                        Angela Cai

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served via CM/ECF.

*/s/ Angela Cai*
Angela Cai