**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

RONALD KOONS, et al.,
*Plaintiff-Appellee*,

v.

ATTORNEY GENERAL
NEW JERSEY, et al.,
*Defendants-Appellants / Cross Appellees.*

Nos. 23-1900, 23-2043

On Appeal from the United States District Court for the District of New Jersey
(Nos. 1:22-cv-7464; 1:22-cv-7463)

# MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS-APPELLANTS/CROSS-APPELLEES

The undersigned requests to withdraw as counsel for Defendants-Appellants / Cross-Appellees New Jersey Attorney General et al. because his final day of employment with New Jersey is today, September 10, 2026. Defendants-Appellants / Cross-Appellees will continue to be represented by other counsel who have already appeared in this matter.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Jeremy M. Feigenbaum*
Jeremy M. Feigenbaum

## CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 49 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Times New Roman 14-point font.

*/s/ Jeremy M. Feigenbaum*
Jeremy M. Feigenbaum

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served via CM/ECF.

*/s/ Jeremy M. Feigenbaum*
Jeremy M. Feigenbaum