**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

| | |
|---|---|
| RONALD KOONS, et al.,<br>*Plaintiff-Appellee*,<br><br>v.<br><br>ATTORNEY GENERAL OF NEW JERSEY, ET AL.,<br>*Defendants-Appellants/Cross Appellees.* | Nos. 23-1900, 23-2043<br><br>On Appeal from the United States District Court for the District of New Jersey<br><br>(Nos. 1:22-cv-7464; 1:22-cv-7463) |

---

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS-APPELLEES

The undersigned hereby requests to withdraw as counsel for Plaintiffs-Appellees Ronald Koons, Second Amendment Foundation, Inc., Firearms Policy Coalition, Inc., Coalition of New Jersey Firearm Owners, New Jersey Second Amendment Society, Jeffrey M. Muller, Gil Tal, and Nicholas Gaudio as he no longer represents Plaintiffs-Appellees.

Plaintiffs-Appellees will continue to be represented on appeal by other counsel who have already appeared in this matter.

Dated: October 1, 2026

Respectfully submitted,

*/s/ David Jensen*
David Jensen

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 70 words, excluding the parts of the motion that FED. R. APP. P. 27(a)(2)(B) exempts.

This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Office and Times New Roman 14-point font.

*/s/ David Jensen*
David Jensen

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served via CM/ECF.

*/s/ David Jensen*
David Jensen